AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF  NEW MEXICO

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR - 2 2005

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA

V.

NAME:    FNU/LNU, a/k/a "El Factor"

## WARRANT FOR ARREST

CASE NUMBER: 02-5593m

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest___**FNU/LNU, a/k/a "El Factor"**

Name

and bring him forthwith to the nearest magistrate to answer a(n)

Indictment    ☐Information X Complaint ☐Order of court ☐Violation Notice ☐ Probation Violation  Petition

Charging him with (brief description of offense): **COUNTS I AND II: 18 U.S.C. § 371: Conspiracy; COUNT III: 8 U.S.C. § 1325: Entry Without Inspection; COUNT V: 18 U.S.C. § 111(a)(1): Assault on a Federal Officer; COUNT VI: 18 U.S.C. § 111(b): Assault on a Federal Officer Using a Deadly Weapon or Inflicting Bodily Injury; and COUNT VII:18 U.S.C. § 372: Conspiracy to Assault a Federal Officer**

in violation of Title 18 United States Code, Section(s) 371; 111(a)(1), 111(b), 372; 8:1325

| ROBERT M. MARCH | CLERK |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Marty Silva | 9/24/02 @ Las Cruces, NM |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____  by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

UNEXECUTED

